or on the date the recognizance was filed. The trial was held on the 16th day of March. The judgment was filed at 11:05 o'clock A. M. March 21st. Motion for new trial was filed at 11:10 A. M. March 18th. An amended motion for new trial was filed at 3:50 o'clock P. M. March 18, 1949. The order overruling the motion for new trial was dated March 25, 1949. The notice of appeal and the order fixing the bond on appeal is dated March 16th and filed at 2:45 o'clock P. M. on April 8th. The recognizance was entered into in open court on March 31st, 1949.

Under the foregoing state of facts, the court would have no jurisdiction to try the case nor to make the orders in it, and this Court has no jurisdiction herein to consider the matters complained of in the appeal. The appeal is dismissed.

Houston, Tex., George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty, appellant was convicted for the offense of assault with intent to murder, and his punishment assessed at three years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.

